# MEMO ENDORSED.



December 13, 2023

**Matthew L. Elkin**
Direct Phone  212-453-3786
melkin@cozen.com

**VIA ECF**

Hon. Ona T. Wang
U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
U.S. District Court – Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Magda Silva, et al., v. Mpower Energy, LLC, et al.*, No. 1:23-cv-9849-JGLC-OTW

Dear Judge Wang:

This firm represents Defendants, Mpower Energy, LLC and Mpower Energy NJ, LLC (the "Defendants"), in the above-captioned action. Pursuant to Your Honor's Initial Case Management Conference Order dated November 15, 2023 (ECF No. 14), the Initial Pretrial Conference in this action is scheduled for January 9, 2024 at 12:30 p.m. Due to scheduling conflicts over the holidays and my pre-existing commitment on January 9, Defendants respectfully request an adjournment of this conference until mid- to late-January. Defendants sought and obtained the consent of Plaintiffs' counsel for this adjournment, and the parties have agreed to conduct their Rule 26(f) conference on January 11, 2024. The parties will remain available for an Initial Pretrial Conference at the Court's earliest convenience thereafter.

In addition, pursuant to the Waivers of Service executed by Defendants (ECF Nos. 13 and 15), Defendants' deadline to file a motion or answer in response to the Complaint is currently January 8, 2024. Due to the same scheduling conflicts referenced above, Defendants respectfully request a 21-day extension of this deadline until and including January 29, 2024. Defendants also sought and obtained the consent of Plaintiffs' counsel for this adjournment.

There have been no prior requests for either of these adjournments.

Thank you for Your Honor's kind consideration of these requests.

Respectfully,

COZEN O'CONNOR

By:   Matthew L. Elkin

**Application GRANTED.** The Initial Pretrial Conference scheduled for January 9, 2024, is **ADJOURNED** to **Wednesday, January 31, 2024 at 10:00 a.m.**

**SO ORDERED.**

_____
Ona T. Wang            12/13/23

3 WTC   175 Greenwich Street   55th Floor   New York, NY 10007
212.509.9400   800.437.7040   212.509.9492 Fax   cozen.com