UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
MAGDA SILVA, et al.,

        Plaintiffs,

        -against-

MPOWER ENERGY, LLC, et al.,

        Defendants.
----------------------------------------------------------x

23-CV-9849 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person status conference in this matter on Wednesday, January 31, 2024. As ordered at the conference, this case is **STAYED** until **March 1, 2024**. The parties are directed to meet and confer regarding consolidating this case with the New Jersey putative class action. If the parties are unable to resolve this issue, they are directed to file a status letter on **Friday, March 1, 2024** updating the Court on the status of the New Jersey action.

    SO ORDERED.

                                                                       *s/ Ona T. Wang*

Dated: January 31, 2024                                    **Ona T. Wang**
      New York, New York                    United States Magistrate Judge