**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
MAGDA SILVA, et al.,                          :
                                              :
                   Plaintiffs,                :    No. 23-CV-9849 (JGLC) (OTW)
                                              :
         -against-                            :
                                              :
MPOWER ENERGY, LLC, et al.,                   :
                                              :
                   Defendants.                :
-----------------------------------------------------------x
AYAN RHYMES and LOVELEEN KAUR,                :
                                              :
                   Plaintiffs,                :    No. 24-CV-2015 (JGLC) (OTW)
                                              :
         -against-                            :    POST-CONFERENCE ORDER
                                              :
MPOWER ENERGY NJ, LLC, et al.,                :
                                              :
                   Defendants.                :
-----------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person Status Conference in these related matters on Thursday, May 2, 2024. The parties are directed to file a joint status letter **by June 12, 2024**: (1) raising any disputes related to the limited discovery as discussed at the conference, (2) addressing how the parties plan to brief any proposed motion(s), and (3) providing a proposed briefing schedule. Limited discovery shall close on **Friday, June 28, 2024**.

**SO ORDERED.**

|  |  |
|---|---|
|  | _/s/ Ona T. Wang_ |
| Dated: May 2, 2024 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |